UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

NANDRA E. ROSS-STATEN,

    Plaintiff,

vs.                                               CASE NO. 8:10-CIV-1702-T-17-TBM

FINANCIAL RECOVERY CENTER,
INC.,

    Defendant.
_____/

## ORDER GRANTING DEFAULT JUDGMENT

This cause is before the Court on the unopposed motion for default judgment (Doc. 14). The Court finds the motion well-taken. Accordingly, it is

**ORDERED** that the unopposed motion for default judgment (Doc. 14) be **granted**, the Clerk is directed to enter Default Judgment against Defendant, awarding Plaintiff:

a. A Declaratory Judgment that Defendant's conduct violated the FDCPA and FCCPA, pursuant to F.S.A. § 559.77(2); b. $1,000.00 of statutory damages, pursuant to 15 U.S.C. § 1692k(a)(2)(A); c. $1,000.00 of statutory damages, pursuant to F.S.A. § 559.77(2); d. Punitive damages in the amount of $4,000, pursuant to F.S.A. § 559.77(2); e. Costs of the action, together with a reasonable attorney's fees in an amount to be later determined by this Court, pursuant to 15 U.S.C. § 1692k(a)(3) and F.S.A. § 559.77(2); and f. Post-judgment interest at the rate currently allowable by law. The case is dismissed. The Clerk of Court is

directed to close this case.

**DONE and ORDERED** in Chambers, in Tampa, Florida, this 9th day of February, 2011.



ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies to: All parties and counsel of record